1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

16 UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
17

18 BURBERRY LIMITED, a United Kingdom corporation; BURBERRY LIMITED, a New York corporation,

19

20 Plaintiffs,

21 v.

22

23 ROCCO RAVALLI, INC. d/b/a/ PAVINI ITALY, a California corporation; KHALED KASSEM TEHFE, an individual; MERVETT TEHFE a/k/a MERVETT SLEIMANN, an individual; and DOES 1-10,

24
25
26 Defendants.
27
28

Case No.: 2:22-cv-08411 SVW (MRWx)

**FINAL JUDGMENT UPON CONSENT**

Plaintiffs BURBERRY LIMITED, a United Kingdom corporation and BURBERRY LIMITED, a New York corporation ("Burberry" or "Plaintiffs") and Defendants ROCCO RAVALLI, INC. d/b/a/ PAVINI ITALY, a California corporation, KHALED KASSEM TEHFE, an individual, and MERVETT TEHFE a/k/a MERVETT SLEIMANN, an individual (hereinafter collectively referred to as the "Defendants"), having agreed that a Final Judgment and Permanent Injunction Upon Consent (hereinafter referred to as the "Consent Judgment") should be entered between them and good cause appearing therefore:

1. Plaintiff Burberry Limited (UK) is a corporation duly organized and existing under the laws of the United Kingdom with an office and principal place of business at Horseferry House, Horseferry Road, London, SW1P 2AW, United Kingdom.

2. Plaintiff Burberry Limited (US) is a corporation duly organized and existing under the laws of the state of New York with a principal place of business at 444 Madison Avenue, New York, New York 10022.

3. Defendant ROCCO RAVALLI, INC. d/b/a PAVINI ITALY ("Rocco Ravalli") is a corporation duly organized and existing under the laws of the state of California with an office and principal place of business at 1233 S. Main Street, Los Angeles, California 90015.

4. Defendant KHALED KASSEM TEHFE is a resident of the State of California residing at 4633 Brompton Avenue, Bell, California 90201.

5. Defendant MERVETT TEHFE a/k/a MERVETT SLEIMANN is a resident of the State of California residing at 4633 Brompton Avenue, Bell, California 90201.

6. Burberry is a global luxury brand with a distinct heritage and reputation of design, innovation, and craftsmanship. Burberry's products are sold globally through its own retail stores and website, Burberry.com, and through authorized third-

party retailers, all of which bear one or more of the Burberry Registered Trademarks as defined below. Burberry's products are identified by various intellectual properties owned by Burberry, including: BURBERRY, BURBERRYS, the "Burberry Check", the "TB Pattern" and one or more of the Burberry Registered Trademarks.

7.  Burberry is the owner of the following federal trademark registrations in the U.S. Patent and Trademark Office:

| Trademark | Reg. No. | Reg. Date | Goods/Services Covered |
|---|---|---|---|
| BURBERRY | 2,624,684 | 09/24/2002 | Class 35: retail store services featuring clothing, watches, sunglasses, accessories, shoes, luggage, leather goods and fragrances. |
| BURBERRY | 260,843 | 08/27/1929 | Class 25: clothing, namely, coats and topcoats for men, women, and children; jackets for men, women, and children; breeches for men and boys; suits for men and boys; riding habits for women and girls; waistcoats for men, women, and children; gaiters for men, women, and children; leggings for men, women, and children; overalls for men, women, and children; skirts for outer wear for women and children; fur coats and fur jackets for men, women, and children; capes for men, women, and children; hats and caps for men, women, and children; helmets for men and women; bonnets, hoods, and toques for men, women, and children; neckties for men, women, and children; stockings and socks for men, women, and children; braces and suspenders for men, women, and children; belts for outer wear for men, women, and children; boots of rubber and fabric |

| | | | |
|---|---|---|---|
| | | | or combinations of these materials for men, women and children; shoes and slippers of leather, rubber, and fabric or combinations of these materials for men, women, and children; underwear of knitted and textile fabric for men, women, and children; gloves for men, women, and children, of leather and fabric |
| | 2,612,272 | 08/27/2002 | Class 35: retail store services in the fields of clothing, accessories, shoes, luggage, leather goods and fragrances. |
| | 2,732,617 | 7/1/2003 | Class 3: perfumes, eau de toilettes, eau de parfums; body lotion, soaps; personal deodorants; aftershave; shampoo for the hair and for the body; shower gels; bath gels.<br><br>Class 18: Articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags; duffel and gym bags; overnight bags; school book bags, shoulder bags, tote bags, garment bags for travel, carryall bags, traveling bags, hand bags, leather bags for computers and cameras; wallets and purses; toiletry bags sold empty and cosmetics bags sold empty; brief cases, satchels and portfolios; parasols, umbrellas, walking sticks; leather key fobs, leather key holders<br><br>Class 25: Articles of outerclothing, namely, coats, overcoats, trench |

| | | | |
|---|---|---|---|
| | | | coats, casual coats, raincoats, jackets and blousons, poloshirts, blouses, dresses, pyjamas, knitwear namely, jumpers, sweaters, gilets, knitted shirts, knitted skirts and knitted scarves; and shorts, trousers, suits, skirts, underclothes, hosiery, headwear, footwear, sports clothing namely, sports trousers, sports shorts, sports shirts, sports jackets, sports footwear; tracksuits, garments that can be attached to or detached from coats, raincoats, trench coats, or casual coats for additional warmth; ties, belts, wraps, serapes, scarves, shawls and stoles, gloves. |
| [grid pattern] | 2,728,709 | 06/24/2003 | <u>Class 24</u>: fabrics for use in the manufacture of clothing, underclothes, swimwear, headwear, footwear, hosiery, socks; and belts; fabrics for use in the manufacture of cosmetics cases and bags, toiletry cases and bags, and shaving cases and bags; fabrics for use in the manufacture of purses, pouches, bags, luggage, carriers, travel bags, and suit and garment bags; fabrics for use in the manufacture of cases and holders for money, documents, keys, glasses, and ties; fabrics for use in the manufacture of umbrellas and parasols and cases thereof; fabrics for use in the manufacture of straps and bracelets for watches, and straps for shoes and bags; fabrics for use in the manufacture of lining for all the foregoing goods; comforters and blankets. |
| [check pattern] | 3,529,814 | 11/11/2008 | <u>Class 20</u>: non-metal key fobs. |

Class 24: blankets, throws, handkerchiefs, textile used as linings for clothing and accessories, fabrics for use in the manufacture of clothing, footwear, headwear, hosiery, belts, bags, cases, holders and key rings, umbrellas, watches, jewelry, towels, blankets, throws.

Class 25: Coats, detachable coat linings, rainwear, ponchos, jackets, gilets, jerseys, jumpers, sweaters, blouses, shirts, polo shirts, t-shirts, vests, dresses, skirts, trousers, jeans, shorts, ski wear, sports shirts, sports trousers, sweat shirts, waterproof clothing, namely, coats, jackets, bikinis, sarongs, swimwear, bathrobes, boxer shorts, loungewear, nightwear, undergarments, ties, cravats, footwear, shoes, boots, athletic footwear, slippers, ballet slippers, socks, leggings, caps, hats, head scarves, belts, gloves, mufflers, scarves, shawls, stoles, pashminas, children's and infant's clothing, namely, coats, jackets, ponchos, jerseys, sweaters, blouses, shirts, t-shirts, singlets, vests, tank tops, waistcoats, suits, dresses, skirts, trousers, jeans, shorts, children's headwear, children's swimwear, children's nightwear, children's under garments, and one-piece clothing, headwear, footwear; cloth bibs.

Class 28: Teddy bears.

Class 35: Retail store services in the fields of clothing, accessories, footwear, headgear, luggage, leather

| | | | |
|---|---|---|---|
| | | | goods, timepieces, jewelry, eyewear and fragrances. |
| | 1,241,222 | 06/07/1983 | Class 25: coats, top coats, jackets, trousers, slacks, waistcoats, skirts, capes, hats, bonnets, berets, shirts, scarves, shawls and blouses. |
| | 2,022,789 | 12/17/1996 | Class 18: suitcases, traveling bags, holdalls, suit and garment carriers for travel, attache cases, document cases, briefcases, purses, drawstring pouches, wallets, billfolds, passport holders, key cases, handbags, shoulder bags, credit card cases, business card cases, toilet bags sold empty, toilet cases sold empty, shaving bags sold empty, tie cases for travel, umbrellas and parasols<br><br>Class 24:  traveling comforter, namely, fabric blanket-like articles for keeping warm, e.g., when traveling in cold climates, or for use as a stadium blanket.<br><br>Class 25:  clothing for men and women, namely, scarves, pullovers, cardigans, sweaters, overcoats, raincoats, shirts, belts; slippers for men. |

| | | | |
|---|---|---|---|
| | 1,855,154 | 9/20/1994 | Class 14: watches and parts therefor; straps, bracelets for wrist watches; cuff links. |
| | 6,443,352 | 8/10/2021 | Class 3: non-medicated toilet preparations; cosmetics; glitter for cosmetic purposes; preparations for the bath and shower; body and skin care preparations; preparations for teeth and for hair; nail care preparations and nail polish, false nails; soaps; anti-perspirants, deodorants; perfumes, eau de cologne, eau de toilette, toilet water and aftershave; essential oils, massage oil; pot pourri, room fragrance and incense; cleaning and care preparations for leather goods and non-leather goods.<br><br>Class 9: Sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; cases and holders for portable electronic devices, mobile telephones, portable audio and video systems and computers; mouse mats; camera cases; mobile telephones, portable electronic devices; mobile phone accessories, including mobile |

|  |  |  | phone covers and skins, lanyards for mobile phones, mobile phone facias.<br><br>Class 14: watches, clocks and parts, fittings and cases for all the aforesaid goods; watch straps and bracelets therefor; jewellery, imitation jewellery, tie-pins, tie clips and cuff links; articles made of precious metals or coated therewith, including key rings, charms, badges, shoe ornaments; jewellery boxes and cases; models and figures of precious metal; jewellery rolls; key holders; cufflink cases<br><br>Class 18: leather and imitations of leather; bags; holdalls, handbags, shoulder bags; trunks, valises, suitcases, travelling bags, garment bags, bumbags, vanity cases (empty), baby bags, baby carriers, baby harnesses, rucksacks, satchels, shopping bags, wheeled shopping bags; purses, pouches; wallets, card holders, pochettes; labels and leather luggage labels, leather luggage tags; cosmetic cases and bags (not fitted), cases for manicure sets (empty); tie cases; leather boxes; umbrellas, parasols; clothing for pets; horse blankets; collars and leashes for animals.<br><br>Class 24: textiles and textile items; fabrics and linings; bed blankets; bed covers; bed linen; cot linen; duvets; mattress covers; pillowcases; quilts and eiderdowns; bed sheets; curtains; towels; face cloths; table linen; table covers; placemats of textile; unfitted |

| | | | |
|---|---|---|---|
| | | | fabric furniture covers, curtains, wall hangings, cushion covers; handkerchiefs; travel rugs, picnic blankets; pet blankets; textile labels; throws. <br><br> <u>Class 25</u>: clothing, footwear, headgear, belts. |

True and correct copies of Burberry's federal trademark registrations (hereinafter collectively referred to as the "Burberry Registered Trademarks") are attached to the Complaint as <u>Exhibit 1</u>.

8. Burberry owns the copyright to the TB Pattern print design, identified below, which is registered with the U.S. Copyright Office (the "Copyrighted TB Monogram Print"):

[TB monogram pattern image]

9. The Copyrighted TB Monogram Print was first published on August 2, 2018, and was registered with the U.S. Copyright Office on September 13, 2018, under Registration Number VA 2-145-324. A true and correct copy of the U.S. Copyright Registration Certificate is attached to the Complaint as <u>Exhibit 2</u>.

10. Burberry and its predecessors have used the Burberry Registered Trademarks for many years on and in connection with the Burberry Products,

including, *inter alia*, those goods and services listed in each of Burberry's federal trademark registrations.

11. Defendants are not now, nor have they ever been associated, affiliated or connected with or endorsed or sanctioned by Burberry.

12. Defendants agree that the jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction, implementation or modification of this Consent Judgment, the enforcement thereof and the punishment of any violations thereof.

13. Defendants agree that the amount in controversy in this action is greater than $75,000.

14. Burberry commenced this action on or about November 17, 2022, alleging trademark counterfeiting, 15 U.S.C. § 1114, trademark infringement, 15 U.S.C. § 1114, and copyright infringement, 17 U.S.C. § 501 by Defendants.

15. This Court has jurisdiction over the subject matter of this claim pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331 and 1338 and personal jurisdiction over the parties.

**NOW, THEREFORE,** upon the consent of the parties hereto, **IT IS ORDERED, ADJUDGED AND DECREED** as follows**:**

A. Defendants, their agents, servants, employees, attorneys and all persons acting in concert and participation with them, and their successors and assigns, jointly and severally be and hereby are, permanently restrained and enjoined from:

(a) using any reproduction, counterfeit, copy, or colorable imitation of the Burberry Registered Trademarks to identify any goods or the rendering of any services not authorized by Burberry;

(b) engaging in any course of conduct likely to cause confusion, deception or mistake, or injure Burberry's business reputation, the Burberry Registered Trademarks, Burberry's name, reputation or goodwill;

(c) using a false description or representation including words or other symbols tending to falsely describe or represent their unauthorized goods as being those of Burberry or sponsored by or associated with Burberry and from offering such goods in commerce;

(d) further infringing or diluting the Burberry Registered Trademarks or the Copyrighted TB Monogram Print by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying or otherwise disposing of any products not authorized by Burberry bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the Burberry Registered Trademarks or Copyrighted TB Monogram Print;

(e) using any simulation, reproduction, counterfeit, copy or colorable imitation of the Burberry Registered Trademarks or Copyrighted TB Monogram Print in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Burberry, or to any goods sold, manufactured, sponsored or approved by, or connected with Burberry;

(f) making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any services provided, products manufactured, distributed, sold or offered for sale, or rented by Defendants are in any way associated or connected with

Burberry, or is provided, sold, manufactured, licensed, sponsored, approved or authorized by Burberry;

(g) engaging in any conduct constituting an infringement of any of the Burberry Registered Trademarks or Copyrighted TB Monogram Print, of Burberry's rights in, or to use or to exploit, said trademark, or constituting any weakening of Burberry's name, reputation and goodwill;

(h) using or continuing to use the Burberry Registered Trademarks, trade names in any variation thereof, or the Copyrighted TB Monogram Print on the Internet (including but not limited to in the text of a website, as a domain name, or as a keyword, search word, metatag, or any part of the description of the site in any submission for registration of any Internet site with a search engine or index) in connection with any goods or services not directly authorized by Burberry;

(i) knowingly operating or engaging in a business involving a website or other enterprise that offers for sale any nongenuine products bearing the Burberry Registered Trademarks or the Copyrighted TB Monogram Print;

(j) acquiring, registering, maintaining, or controlling any domain names that include the BURBERRY trademark or any of the other Burberry Registered Trademarks or any marks confusingly similar thereto, activating any website under said domain names, or selling, transferring, conveying, or assigning any such domain names to any entity other than Burberry;

(k) using any e-mail addresses to offer for sale any nongenuine products bearing counterfeits of the Burberry Registered Trademarks; and

(l) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs (a) through (l).

It is further **ORDERED** that in the event that Defendants are ever found by a court of competent jurisdiction, after notice and opportunity to be heard, to be in violation of this Consent Judgment the parties agree that (a) Burberry will be entitled to all normal relief which it may request from the court; and (b) Burberry will be entitled to recover any and all future and additional damages, including but not limited to liquidated damages, fees and costs incurred by Burberry due to Defendants' violation of this Consent Judgment, and judgment shall be entered against Defendant in that full amount.

It is further **ORDERED** that any act by Defendants in violation of the terms or conditions of this Consent Judgment may be considered and prosecuted as contempt of this Court.

It is further **ORDERED** that the jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction, implementation or modification of this Consent Judgment, the enforcement thereof and the punishment of any violations thereof.

It is further **ORDERED** that this Consent Judgment shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors and assigns, and acquiring companies.

The Court expressly determines that there is no just reason for delay in entering this judgment, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against Defendants.

///

///

///

This Consent Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

**IT IS SO ORDERED:**

Dated: June 1, 2023

*[signature]*

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:
Anthony M. Keats (SBN 123672)
tony@keatsgatien.com
Matthew E. Graham (SBN 308115)
KEATS GATIEN, LLP
120 S. El Camino Drive, Suite 207
Beverly Hills, California 90212
Telephone: (424) 302-0692

Attorneys for Plaintiffs
BURBERRY LIMITED (UK) and
BURBERRY LIMITED (US)

David S. Blau (SBN 166825)
david@blaulaw.net
BLAU | KEANE LAW GROUP, P.C.
128 Center Street,
El Segundo California 90245
Tel: (310) 410-1900
Fax: (310) 410-1901

Attorneys for Defendants
ROCCO RAVALLI, INC. d/b/a/ PAVINI ITALY,
KHALED KASSEM TEHFE, and
MERVETT TEHFE a/k/a MERVETT SLEIMANN

**CONSENTED TO BY THE PARTIES:**

The undersigned hereby consent to the entry of the Consent Judgment and Permanent Injunction Upon Consent in the form annexed hereto or in such other form as the Court may approve.

Respectfully Submitted:  May 18, 2023:

_____
Anthony M. Keats
Matthew E. Graham
KEATS GATIEN, LLP

Attorneys for Plaintiffs
BURBERRY LIMITED (UK) and
BURBERRY LIMITED (US)

```
                                    _____
                                    David S. Blau
                                    BLAU | KEANE LAW GROUP, P.C.

                                    Attorneys for Defendants
                                    ROCCO RAVALLI, INC. d/b/a PAVINI
                                    ITALY, KHALED KASSEM TEHFE, and
                                    MERVETT TEHFE
```

**SIGNATURE ATTESTATION:** I hereby attest that I have authorization for any signatures indicated by a conformed signature within this e-filed document, and that all other signatories herein listed, and on whose behalf this filing is submitted, concur in its content and have authorized the filing of same.

```
                                    _____
                                    Anthony M. Keats
                                    KEATS GATIEN, LLP

                                    Attorneys for Plaintiffs
                                    BURBERRY LIMITED (UK) and
                                    BURBERRY LIMITED (US)
```